# IN THE COURT OF APPEALS OF IOWA

No. 15-1775
Filed September 14, 2016

**NICHOLAS HANEGAN,**
 Applicant-Appellant,

**vs.**

**STATE OF IOWA,**
 Respondent-Appellee.
_____

Appeal from the Iowa District Court for Polk County, Eliza J. Ovrom, Judge.

Nicholas Hanegan appeals an adverse summary judgment ruling on his application for postconviction relief. **AFFIRMED.**

Joey T. Hoover of Hoover Law Firm, P.L.L.C., Winterset, for appellant.

Thomas J. Miller, Attorney General, Bridget A. Chambers, Assistant Attorney General, for appellee State.

Considered by Danilson, C.J., and Mullins and Bower, JJ.

**MULLINS, Judge.**

Nicholas Hanegan appeals an adverse summary judgment ruling on his application for postconviction relief, claiming he was entitled to an evidentiary hearing. On our review, we conclude the judgment of the district court was correct and no error of law appears. We affirm without opinion. *See* Iowa R. App. P. 6.1203(a), (d). Furthermore, even if Hanegan's claim of newly discovered evidence had merit, the claim is barred by not having been raised within three years of its discovery. *See* Iowa Code § 822.3.

**AFFIRMED.**